3/25/2002 Arbitration Hearing

```
 1                THE UMPIRE: In most of the
 2   cases the action is between the
 3   parties.
 4                MR. COHEN: The enforcement
 5   proceeding --
 6                MR. SCHOENBERG: For
 7   obvious reasons the panel doesn't want
 8   to go out and hire lawyers.
 9                MR. SCHIFFER: Cologne is
10   not going to stand in the way of the
11   panel ruling and ignore a panel
12   request. I think we have to -- I agree
13   that this is somewhat premature and we
14   have to see what actually happens here.
15   But I just wanted to make one point.
16                While all the parties agree
17   that both these witnesses were fully
18   involved in the substance of this case
19   and may have critical testimony,
20   they're not critical witnesses for the
21   petitioners at all. We don't need them
22   for our case. They may be critical
23
```

251

3/25/2002 Arbitration Hearing

```
 1   witnesses for the respondents, but
 2   they're not critical witnesses for us
 3   because if we wanted them we would be
 4   pursuing them just as vigorously and
 5   we're not because we don't think
 6   they're critical. They may have
 7   interesting, important and fully
 8   involved testimony, but that doesn't
 9   make them critical witnesses for our
10   case.
11                MR. DASSENKO: But they
12   were on petitioners' witness list
13   initially, right?
14                MR. SCHIFFER: Yes.
15                MR. CHAFFETZ: No, they
16   were on our deposition list because we
17   anticipated --
18                MR. ROSENQUIST: That was a
19   discovery deposition.
20                MR. SCHIFFER: Because we
21   assumed they would be main witnesses
22   for the respondents.
23
```

252

# EXHIBIT 7

# CRAVATH, SWAINE & MOORE

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT·
ONE ROPEMAKER STREET
LONDON EC2Y 9HR ENGLAND
TELEPHONE: 44-207-453-1000
FACSIMILE: 44-207-860-1150

Suite 2609  ASIA PACIFIC FINANCE TOWER
3 GARDEN ROAD, CENTRAL
—HONG KONG
TELEPHONE: 852-2509-7200
FACSIMILE: 852-2509-7272

WRITER'S DIRECT DIAL NUMBER

(212) 474-1864

June 18, 2002

In the Matter of the Arbitration between
Sun Life Assurance Company of Canada,
et al., and Certain Members of the
Unicover Occupational Accident Reinsurance Pool
and Cragwood Managers, L.L.C.

Dear Shand:

I represent Respondent ReliaStar Life Insurance Company in the above-referenced arbitration ("the Arbitration") and write on behalf of all Respondents.

As you may have been informed, we believe that we have now effected direct personal service on Roger Smith to appear before the Arbitration Panel pursuant to the Summons for Mr. Smith's testimony issued by the Panel on April 2, 2002. The intention had been for the Panel to convene in Chicago for Mr. Smith's testimony. However, many weeks have now passed, and the Panel will be sitting in New York from July 8 through August 2.

Therefore, we request that AON and Mr. Smith cooperate by having Mr. Smith appear to testify before the Panel in New York during that period. Absent such cooperation, we will commence court proceedings to compel Mr. Smith's testimony in Chicago at a time convenient for the Panel. Petitioners have made serious allegations about the conduct of Mr. Smith and AON for which they seek to hold Unicover and Respondent Pool Members

responsible. We believe that it would be highly beneficial for Mr. Smith to appear to testify so as to establish an accurate record.

Obviously, this matter is urgent. I should appreciate your prompt response as to whether Mr. Smith will appear voluntarily at the hearing in New York.

Sincerely,

John E. Beerbower

Shand S. Stephens, Esq.
AON Corporation
Law Division
199 Fremont Street, 12th Floor
San Francisco, CA 94105

BY FAX (415-486-7018)