# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY<br>and GENERAL & COLOGNE LIFE RE<br>OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>AON RE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   3:03-CV-907 (WWE)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   NOVEMBER 26, 2003 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiffs, Phoenix Life Insurance Company ("Phoenix") and General & Cologne Life Re of America ("Cologne") (collectively, "Plaintiffs"), through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby move for leave to file a brief supplemental memorandum of law (the "sur-reply") in further opposition to defendant Aon Re, Inc.'s ("Aon") motion for a stay pending arbitration.

Plaintiffs submit this motion for leave to file the sur-reply to address the new arguments contained in Aon's reply brief. Specifically, in its reply, Aon relies heavily on a New Jersey Superior Court ruling in a related case that was issued on November 7, 2003, *after* Plaintiffs submitted their opposition. Plaintiffs request permission to file the sur-reply to point out the distinguishing characteristics of the present dispute from the New Jersey Superior Court action and to correct certain mischaracterizations contained in Aon's reply.

- 2 -

The points made in the sur-reply are critical to the fair adjudication of this case. Accordingly, Plaintiffs move for permission to submit the brief sur-reply annexed hereto as Exhibit A.

                              **PHOENIX LIFE INSURANCE COMPANY**
                              **and GENERAL & COLOGNE LIFE RE**
                              **OF AMERICA**


By:_____
        Janet M. Helmke (Fed. Bar No. ct-09851)
        Robert D. Laurie (Fed. Bar No. ct-24978)
        Edwards & Angell, LLP
        90 State House Square
        Hartford, CT 06103-3702
        Telephone: (860) 525-5065
        Facsimile: (860) 527-4198

- 3 -

## CERTIFICATION OF SERVICE

      This is to certify that on the 26th day of November, 2003, a copy of the foregoing Motion for Leave to File Sur-Reply and accompanying documents has been served via federal express to:

Timothy A. Diemand, Esq.
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400

                                                  _____
                                                      Janet M. Helmke