UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 26  P 2: 56

| | |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY and GENERAL & COLOGNE LIFE RE OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>AON RE, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:03-CV-907 (WWE)<br><br><br><br><br><br>NOVEMBER 26, 2003 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiffs, Phoenix Life Insurance Company ("Phoenix") and General & Cologne Life Re of America ("Cologne") (collectively, "Plaintiffs"), through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby move for leave to file a brief supplemental memorandum of law (the "sur-reply") in further opposition to defendant Aon Re, Inc.'s ("Aon") motion for a stay pending arbitration.

Plaintiffs submit this motion for leave to file the sur-reply to address the new arguments contained in Aon's reply brief. Specifically, in its reply, Aon relies heavily on a New Jersey Superior Court ruling in a related case that was issued on November 7, 2003, *after* Plaintiffs submitted their opposition. Plaintiffs request permission to file the sur-reply to point out the distinguishing characteristics of the present dispute from the New Jersey Superior Court action and to correct certain mischaracterizations contained in Aon's reply.

*Motion GRANTED*