*03CV907 mot/LVF*
*0 3 CV 907 mot/rf/*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**    FILED

2003 DEC -4 P 1: 34

---------------------------------------------------------------

PHOENIX LIFE INSURANCE COMPANY        :    CIVIL ACTION NO.
and GENERAL & COLOGNE LIFE RE         :    3:03CV0907 (WWE)
OF AMERICA,                           :
                                      :
        Plaintiffs,                   :
                                      :
v.                                    :
                                      :
AON RE, INC.                          :    December 4, 2003
                                      :
        Defendant.                    :

---------------------------------------------------------------

## DEFENDANT AON RE, INC.'S MOTION TO FILE ADDITIONAL BRIEF AND SUR–REBUTTAL IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS

### INTRODUCTION

Aon Re does not oppose Phoenix and Cologne's motion to file a sur–reply, but if the Court grants their motion, Aon Re requests that its sur–rebuttal be considered as well. Therefore, Aon Re moves this Court for permission to file this sur–rebuttal to address the arguments made by Phoenix and Cologne in its sur–reply.

Phoenix and Cologne contend that Aon Re cited to the New Jersey Superior Court's issuance of a stay in the *ReliaStar* action as "controlling precedent." But that is not correct. The New Jersey decision was cited because it confirms what this Court previously stated: It makes no sense to simultaneously address issues here that will ultimately be addressed in the arbitration. Even if all the issues are not addressed in the arbitration, some certainly will be, thereby simplifying the task here. That another court came to the same conclusion on essentially the same facts provides *persuasive* authority that this Court's preliminary ruling was correct.

Motion GRANTED.

United States District Judge