UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 13 A 11: 30

US DISTRICT COURT
BRIDGEPORT CT

PHOENIX LIFE INS. CO., and      :   3:03cv907  (WWE)
GENERAL & COLOGNE LIFE RE       :
OF AMERICA,                     :
    Plaintiffs,                :
                                :
v.                              :
                                :
AON RE, INC.,                   :
    Defendant                  :

### ORDER

Upon careful consideration of all briefs submitted by the parties to this Court pursuant to the defendant's motion to stay the case pending the outcome of arbitration, the motion to stay (Doc. # 24) is hereby GRANTED.

Plaintiffs' motion to reassign case (Doc. # 12), defendant's motion to reassign case (Doc. # 21), and defendant's motion to dismiss (Doc. # 22) are DENIED without prejudice.

SO ORDERED this 12th day of January, 2004, at Bridgeport, Connecticut.

_____
WARREN W. EGINTON, Senior U.S. District Judge