UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PHOENIX LIFE INS. CO., and** | : | 3:03cv907 (WWE) |
| **GENERAL & COLOGNE LIFE RE** | : | |
| **OF AMERICA,** | : | |
|     **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AON RE, INC.,** | : | |
|     **Defendant.** | : | |

## RULING ON MOTION FOR RECONSIDERATION

Plaintiffs request that this Court reconsider its order granting the defendant's motion to stay pending arbitration, denying without prejudice plaintiffs' motion to transfer to the District of New Jersey, denying without prejudice defendant's motion to transfer to the Northern District of Illinois, and denying without prejudice the defendant's motion to dismiss.

On January 22, 2004, Judge Chatigny entered an order in a related case, <u>Lincoln National Life Ins. Co. v. Aon Re, Inc.</u>, 3:03cv905, granting plaintiff's motion to transfer to the District of New Jersey, denying defendant's motion to transfer to the Northern District of Illinois, and denying without prejudice defendant's motions to stay the case and to dismiss.

In his ruling and order, Judge Chatigny found that transfer to the District of New Jersey would facilitate consolidation with other related cases, and would therefore serve the interest of

justice.

Upon review and in light of Judge Chatigny's recent order and ruling, the Court will grant the motion for reconsideration. Transfer of this action to the District of New Jersey would allow for its consolidation with related cases now pending in New Jersey district court, and would therefore serve the interest of justice.

Accordingly, the Court will vacate its prior order and grant the plaintiff's motion to transfer to the District of New Jersey.

## **CONCLUSION**

For the foregoing reasons, the motion for reconsideration [doc. # 41] is GRANTED.  The Court hereby VACATES its order entered on January 13, 2004 [doc.# 40].

Upon review and reconsideration, the plaintiffs' motion to transfer to the District of New Jersey [doc. # 12] is GRANTED, and the defendant's motion to transfer to the Northern District of Illinois [doc. # 21] is DENIED.  The defendant's motion to dismiss [doc.# 22] and motion to stay [doc. # 24] are DENIED without prejudice to renewal in the transferee court.

SO ORDERED this 28th day of January, 2004, at Bridgeport, Connecticut.



WARREN W. EGINTON, SENIOR U.S. DISTRICT JUDGE